# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

*Criminal No.: 22-40 (JRT/LIB)(1)*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| HARSHKUMAR PATEL, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING

TO:    The Honorable Andrew M. Luger
United States Attorney
300 South 4th Street, Suite 600
Minneapolis, MN 55415
Attn: Michael McBride

Aaron Morrison
Lisa Lopez
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

PLEASE TAKE NOTICE that on January 3, 2025, I caused to be filed via electronic filing with the Clerk of the U.S. District Court, District of Minnesota, the attached: **DEFENDANT'S HARSHKUMAR PATEL'S MOTION FOR A NEW TRIAL** and **DEFENDANT HARSHKUMAR PATEL'S RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL**

                                       s/ <u>Thomas More Leinenweber</u>
                                       *Attorney for Defendant*

Thomas More Leinenweber
Appearing Pro Hac Vice
Leinenweber Daffada & Sansonetti, LLC
120 N. LaSalle Street Suite 2000
Chicago, Illinois 60602
312-606-8705
312-403-1312 (cell)
tom@ilesq.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused true and correct copies of this Notice and Motion to be served on all parties pursuant to F. R.Civ.P. 5(b)(2)(D) through the court's Electronic Case Filing System at the electronic address appearing on record on January 3, 2025.

                                       s/ <u>Thomas More Leinenweber</u>
                                       *Attorney for Defendant*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 3, 2025 | /s/ *Thomas More Leinenweber* |
|  | Thomas More Leinenweber |
|  | Appearing Pro Hac Vice |
|  | Attorney for Defendant |
|  | 120 North LaSalle Street, Suite 2000 |
|  | Chicago, IL 60602 |
|  | Phone: (312) 403-1312 |
|  | Email: thomas@ilesq.com |