UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No.: 22-40(1) (JRT/LIB)(1)*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>HARSHKUMAR PATEL, )<br>)<br>)<br>Defendant. )<br>) | **Defendant Harshkumar Patel's Motion to For a Downward Variance** |

Defendant, HARSHKUMAR PATEL, by and through his attorneys Thomas More Leinenweber and Thomas Plunkett, respectfully moves the Court or an Order granting a downward variance in the sentencing of Mr. Patel from the Advisory Sentencing Guidelines range. Counsel respectfully asks that the Court impose a below guidelines prison sentence.

The request for a variance is based on Mr. Patel's particular circumstances, life history and the factors set forth in 18 U.S.C. § 3553(a). Support for this motion is provided by Defendant Harshkumar Patel's Position on Sentencing.

Respectfully submitted,

Dated:   April 18, 2025

*/s/ Thomas More Leinenweber*
Thomas More Leinenweber
Appearing Pro Hac Vice
Attorney for Defendant
120 North LaSalle Street, Suite 2000
Chicago, IL 60602
Phone: (312) 403-1312
Email: thomas@ilesq.com